# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC DATA SECURITY LITIGATION | Case No. 4:22-CV-03267<br>Hon. John M. Gerrard |

## MOTION FOR WITHDRAWAL AS COUNSEL

Pursuant to District of Nebraska Local Rule 1.3(f) (NEGenR 1.3(f)), Lirit A. King of the law firm of Bradley/Grombacher LLP respectfully request leave from the Court to withdrawal from representation of Plaintiff Neil Kitzler in this matter.

As good cause to allow this withdraw, the undersigned states this matter was transferred from the U.S. District Court for the Central District of California to the U.S. District Court for the District of Nebraska, and Plaintiff Neil Kitzler will continue to be represented by Kiley Grombacher and Marcus Bradley, who have been admitted to this Court pro hac vice. Finally, as required by Local Rule 1.3(f)(2) (NEGenR 1.3(f)(2)), Neil Kitzler has been notified of this motion to withdraw due to the transfer of the case to this Court.  See Exhibit A.

Dated: January 3, 2023

Respectfully submitted,

*/s/ Lirit King*

**BRADLEY/GROMBACHER LLP**
Lirit A. King
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email: lking@bradleygrombacher.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served upon the following via the Court's CM/ECF e-mail notification system, on this the 3rd day January, 2023 to all counsel of record.

Dated: January 3, 2023											Respectfully submitted,

*/s/ Lirit King*
**BRADLEY/GROMBACHER LLP**
Lirit A. King
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email: lking@bradleygrombacher.com